**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6453**

———————————

ALEXANDER CAMERON,

Petitioner - Appellant,

versus

THOMAS D. BAGWELL, Assistant Attorney General;
ALFRED D. SWERSKY, Judge, Circuit Court for
the City of Alexandria; JOHN KLOCH, Prose-
cutor, Circuit Court for the City of Alex-
andria; BECKY J. MOORE, Esquire, of Land
Clark, Carroll, Mendelson; JAMES C. CLARK,
Esquire, Land Clark, Carroll, Mendelson;
DEANNE DABS, Forensic Scientist, The Virginia
Bureau of Forensic Science; MYRON SCHOMBERG,
Forensic Scientist, The Virginia Bureau of
Forensic Science; ANN MELCHIOR, Officer, City
of Alexandria Police; BLAINE COLE, Officer,
City of Alexandria Department of Police; JAMES
H. AMMON, IV, Officer, City of Alexandria
Department of Police; MARGARET HOOVER, Offi-
cer, City of Alexandria Department of Police;
DONALD B. CHAPMAN, Doctor, Alexandria
Hospital; BONITO STANLEY, Nurse, Alexandria
Hospital; VALERIE TRAVERS, Carydale East
Apartment; CHRISTIAN C. WESTERMAN; JAMES C.
CACHERIS, Senior District Judge, United States
District Court Eastern District of Virginia;
H. EMORY WIDENER, JR., Circuit Judge, United
States Court of Appeals for the Fourth
Circuit; DIANA GRIBBON MOTZ, Circuit Judge,
United States Court of Appeals for the Fourth
Circuit; JOHN D. BUTZNER, Senior Circuit
Judge, United States Court of Appeals for the
Fourth Circuit; SUPREME COURT OF VIRGINIA,
Panel of Justices Whom Dismissed (Record No.
980227); FOURTH CIRCUIT COURT OF APPEALS,

Justices whom were in position to grant rehearing en banc and refused to do so,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-00-201-AM)

---

Submitted: November 30, 2000      Decided: December 8, 2000

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Alexander Cameron, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alexander Cameron, a state inmate, appeals the district court's order denying relief on his complaint alleging violations of 42 U.S.C.A. § 1983 (West Supp. 2000), and 42 U.S.C. §§ 1985, 1986 (1994). We have reviewed the record and the district court's opinion dismissing Cameron's complaint under 28 U.S.C.A. § 1915A (West Supp. 2000) and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Cameron v. Bagwell, No. CA-00-201-AM (E.D. Va. filed Mar. 15, 2000; entered Mar. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED